# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

**INFINITY AUTO INSURANCE COMPANY,**

      **Plaintiff,**

-vs-                        Case No. 2:08-cv-529-FtM-29DNF

**PATRICIA POTTER, WILLIAM SEGRUE, and FRANCIS MCMANUS,**

      **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration on the following motion filed herein:

> **MOTION:**    **MOTION FOR SANCTIONS (Doc. No. 21)**
>
> **FILED:**     **December 2, 2008**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

The Plaintiff, Infinity Auto Insurance Company is requesting that the Court sanction the Defendant, Patricia Potter for failing to file a Certificate of Interested Persons and Corporate Disclosure Statement, for failing to meet to prepare a Case Management Report, and for failing to comply with Orders of the Court. The Defendant, Patricia Potter failed to file a response to the Motion for Sanctions.

On November 7, 2008, the Court entered an Order (Doc. 20) which required Ms. Potter to contact counsel for the Defendant by November 14, 2008 to schedule a date and time to conduct the Case Management Meeting with Defendant's counsel. The Court cautioned Ms. Potter that if she failed to contact counsel for the Defendant by November 14, 2008, or failed to attend the Case Management Meeting, that the Court would consider sanctions against her including recommending that a default be entered against her. According to the Plaintiff, Ms. Potter has failed to respond to any of its attempts to schedule a Case Management Meeting, and failed to comply with this Court's Order of November 7, 2008.

Local Rule 3.01(c)(2) requires parties to meet within sixty (60) days of service of the complaint to prepare the Case Management Report. Ms. Potter failed to comply with Local Rule 3.01(c)(2) and failed to comply with this Court's Order (Doc. 20) entered on November 7, 2008, requiring her to contact counsel for the Defendant to schedule a Case Management Meeting.

Therefore, the Court respectfully recommends that the Motion for Sanctions (Doc. 21) be granted, and a default be entered against Patricia Potter for failing to comply with the Local Rules of the Middle District of Florida, and for failing to comply with a Court Order.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this __13th__ day of January, 2009.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record